IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY ERIC PROCTOR,　　　　　)
　　　　　　　Petitioner,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　) Civil Action No. 06-753
　　　　　　　　　　　　　　　　)
PAUL J. STOWITZKY,　　　　　　)
　　　　　　　Respondent.　　　　)

O  R  D  E  R

AND NOW, this 14th day of Sept 2006, after a petition for a writ of habeas

corpus was filed by the petitioner, Anthony Eric Proctor, and after the Report and

Recommendation of the United States Magistrate Judge was issued, and the petitioner was

granted thirteen days after being served with a copy to file written objections thereto, and upon

consideration of the objections filed by the petitioner, and after independent review of the

petition and the record, and upon consideration of the Report and Recommendation of the

Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

　　　　IT IS ORDERED that the petition of Anthony Eric Proctor for a writ of habeas corpus is

dismissed, and that a certificate of appealability is denied for lack of a viable constitutional issue.

　　　　IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the

petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a

notice of appeal as provided by Rule 3 F.R.App.P.

_____
　　　　　　　　　　United States District Judge

cc:   Anthony Eric Proctor
      CU-4530
      SRCF Mercer
      801 Butler Pike
      Mercer, PA 16137

      All Counsel of Record

      Honorable Robert C. Mitchell
      United States Magistrate Judge